

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-18-00315-CV

Trial Court Cause
Number:     2017-52683

Style:     Luxurkey Management LLC

**v** Eleni Antonellos Fuller

Date motion filed*:     08/30/2019

Type of motion:     Motion to Modify Corrected Judgment

Party filing motion:     Eleni Antonellos Fuller

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☒ Granted

       If document is to be filed, document due: _____

       ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    A second corrected judgment is issued this date.

Judge's signature: /s/ Justice Sara B. Landau
       ☒ Acting individually     ☐ Acting for the Court

Panel consists of Justices Lloyd, Landau, and Countiss.

Date: October 22, 2019



# SECOND CORRECTED JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-18-00315-CV

LUXURKEY MANAGEMENT LLC, Appellant

V.

ELENI ANTONELLOS FULLER, Appellee

Appeal from the 80th District Court of Harris County. (Tr. Ct. No. 2017-52683).

This case is an appeal from the final judgment signed by the trial court on March 23, 2018. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court further **orders** that appellee Eleni Antonellos Fuller recover the full amount of the trial court's judgment and appellee's costs incurred by reason of this appeal from appellant, Luxurkey Management LLC, and its surety on its supersedeas bond, SureTec Insurance Company, jointly and severally.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 22, 2019.

Panel consists of Justices Lloyd, Landau, and Countiss. Opinion delivered by Justice Landau.